Not Designated For Publication

## NUMBER 07-1556

## COURT OF APPEAL, THIRD CIRCUIT

## STATE OF LOUISIANA

PRIVATE CAPITAL, INC.

Plaintiff

Judgment on rehearing rendered and
mailed to all parties or counsel of record on
**March 19, 2008**.

VERSUS

J & K ENGINE & RIG REPAIR, INC., ET AL.

Defendants

On appeal from the Fifteenth Judicial District Court, Parish of Vermilion, State of Louisiana, the Honorable Kristian Dennis Earles presiding.

Lake Charles, Louisiana, on March 19, 2008.

### MOTION FOR RECONSIDERATION AND REQUEST FOR ORAL ARGUMENT DENIED.

_____J. C. P._____        _____M. G. S._____
      J. C. P.                        M. G. S.

SAUNDERS, J., dissents and would allow oral argument in the interest of justice.